

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2022

No. 04-22-00022-CR, 04-22-00023-CR, 04-22-00024-CR

Nathanael Lee **SCHOEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A19182, A19183, A19184
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellee's attorney has filed a motion seeking access to "State's Exhibit 34," which appears in a portion of the record that is sealed. The motion is **GRANTED**. The clerk of the court is instructed to provide a copy of State's Exhibit 34 to appellant's attorney and appellee's attorney on a USB flash drive. All parties and their attorneys are **ORDERED** not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellee references the sealed record in its brief or appellant references it in his reply brief, if any, they are **ORDERED** to (1) file their respective briefs in paper form only, (2) with a cover letter informing the clerk of this court that the brief references the sealed record. See TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court